UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| DEMIAH CHARD FREEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV424-254 |
| | ) | |
| FRANK BISIGNANO, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On October 1, 2025, federal funding for certain functions of the United States of America lapsed, and therefore, on October 3, 2025, all of the active District Judges in this District entered an Administrative Order Staying Civil Proceedings in Light of Lapse of Appropriations. *See* doc. 30. That Order stayed all civil cases pending in this District in which the United States, any of its federal agencies, or any of its officers and/or employees is a named party, until Congress has restored appropriations. *Id*. Since the Commissioner of Social Security is the named Defendant, this case was stayed by operation of the Administrative Order. Doc. 29. The funding lapse has now ended, the stay has lifted, and the Clerk is **DIRECTED** to update the docket

accordingly.  *See* doc. 30.  The parties have filed all of the briefs contemplated by the Supplemental Rules for Social Security Actions Under 42 U.S.C. § 405(g).  *See* docs. 22, 23, & 26.  The Court will issue its decision in due course.  *See* Rule 5, Supplemental Rules for Social Security Actions Under 42 U.S.C. § 405(g) ("The action is presented for decision by the parties' briefs.").

**SO ORDERED,** this 14th day of November, 2025.

                                                  _____
                                                  CHRISTOPHER L. RAY
                                                  UNITED STATES MAGISTRATE JUDGE
                                                  SOUTHERN DISTRICT OF GEORGIA